UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>L. BIRD,<br><br>    Respondent. | No. 2:22-cv-1196 TLN DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. §2254. Petitioner raises Sixth Amendment claims regarding his right to counsel. Petitioner made a motion mid-trial under People v. Marsden, 2 Cal. 3d 118 (1970) to challenge his attorney's representation. The trial court held a hearing on the motion. (See RT 216-17 (ECF No. 13-3 at 222-23).) The transcript of the hearing was sealed and does not appear in this court's copy of the trial transcript. (See ECF No. 13-3 at 223.) However, the state court opinion discusses the substance of that hearing. (ECF No. 13-8 at 3.) The hearing is relevant to petitioner's Sixth Amendment claims. While respondent lodged the state court record herein, it does not appear respondent lodged a copy of the Marsden hearing transcript.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the filed date of this order respondent shall either: (1) lodge a copy of the transcript of the state court <u>Marsden</u> hearing;[1] or (2) inform the court where it can find the transcript in the currently-lodged record.

Dated: March 22, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Habeas/R/thom1196.marsden trscrpt

---

[1] It appears that the <u>Marsden</u> hearing transcript was unsealed – its substance is described in the parties' publicly-filed appellate briefs and in the decision of the state Court of Appeal. However, if it is still technically sealed, respondent may lodge it with this court under seal.