UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON, | No. 2:22-cv-1196 TLN DB P |
| Petitioner, | |
| v. | ORDER |
| L. BIRD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner raises claims of ineffective assistance of counsel at trial. In an order filed March 23, 2023, this court noted that the state court in its opinion and both parties in their briefs made references to, and quoted from, the transcript of the Marsden hearing held in state court on September 12, 2018. However, the transcript of the Marsden hearing had not been lodged with this court. This court ordered respondent to provide the court with a copy of the Marsden hearing transcript.

Respondent provided the court with a copy of the transcript and moved to have it lodged under seal. However, respondent noted that he felt compelled to move to seal the transcript because it remained filed under seal in the state court record. Respondent expressed the opinion that filing under seal here is not necessary because petitioner has placed the subject of the hearing at issue.

1

1    In an order filed April 18, 2023, this court agreed with respondent that the transcript
2 should be filed publicly here.  The court gave petitioner an opportunity to file any objection to
3 filing the transcript publicly.  Petitioner has not responded to the court's April 18 order.
4    Accordingly, for the reasons set forth in the court's March 23 and April 18 orders, IT IS
5 HEREBY ORDERED that respondent's motion to lodge the transcript of the <u>Marsden</u> hearing
6 under seal (ECF No. 19) is denied.  The Clerk of the Court is directed to file the transcript of the
7 September 12, 2018 <u>Marsden</u> hearing on the public docket.
8 Dated: August 31, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/thom1196.marsden trscrpt seal(3)