UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>L. BIRD,<br><br>Respondent. | No. 2:22-cv-1196 TLN DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, requested an extension of time to file objections to the November 8, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 27) is granted; and

2. Petitioner shall file any objections to the November 8 findings and recommendations no later than December 27, 2023.

Dated: December 20, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/habeas/R/thom1196.111

1