UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>L. BIRD,<br><br>Respondent. | No. 2:22-cv-1196 TLN DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner, has requested a second extension of time to file objections to the November 8, 2023, findings and recommendations. He states that he has been unable to use the study room to do his legal work due to closures.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 29) is granted; and

2. Petitioner shall file any objections to the November 8 findings and recommendations no later than February 28, 2024. No further extensions of time will be granted absent extraordinary circumstances.

Dated: January 10, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/habeas/R/thom1196.111(2)

1